UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

USA                                    §
                                       §
vs.                                    §        NO:  WA:17-CR-00288(1)-CRW
                                       §
(1) Michael Lynn Skaggs                §

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  June 5, 2023 the

United States Probation Office filed a Petition For Warrant or Summons For Offender

Under Supervision for Defendant (1) Michael Lynn Skaggs, which alleged that Skaggs

violated a condition of his supervised release and recommended that Skaggs' supervised

release be revoked (Clerk's  Document No. 44).  A warrant issued and Skaggs was

arrested.  On March 27, 2026, an Amended Petition for Warrant or Summons for

Offender Under Supervision was filed (Clerk's Document No. 50). On April 24, 2026,

Skaggs appeared before a United States Magistrate Judge, was ordered detained, and a

revocation of supervised release hearing was set.

Skaggs appeared before the magistrate judge on June 2, 2026, waived his right to a

preliminary hearing and to be present before the United States District Judge at the time

of modification of sentence, and consented to allocution before the magistrate judge.

Following the hearing, the magistrate judge signed his report and recommendation on

June 5, 2026, which provides that having carefully considered all of the arguments and

evidence presented by the Government and Defendant, based on the original offense and the intervening conduct of Skaggs, the magistrate judge recommends that this court revoke Skaggs supervised release and that Skaggs be sentenced to imprisonment for TWENTY-FOUR (24) months, to run consecutively with any term of custody that may result from the underlying state charges noted in the Amended Petition for Warrant for Offender Under Supervision (Dkt. No. 50 at 2) with credit for time served in federal custody on that Petition, a with no term supervised  release to follow the term of imprisonment  (Clerk's  Document  No. 68).

A party may serve and file specific,  written  objections to the proposed  findings and recommendations of a magistrate  judge within fourteen  days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court.  *See* 28 U.S.C.§ 636(b);  Fed. R. Civ. P. 72(b).   A party's failure to timely file written  objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds  of plain error, from attacking  on appeal the unobjected-to proposed  factual findings and legal conclusions accepted by the district court.  *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

The court, having reviewed the entire record  and  finding no plain  error, accepts and adopts the  report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 68) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) Michael Lynn Skaggs' term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) Michael Lynn Skaggs be imprisoned for TWENTY-FOUR (24) months, which shall run consecutively with any term of custody that may result from the underlying state charges noted in the Amended Petition for Warrant for Offender Under Supervision (Dkt. No. 50 at 2) with credit for time served in federal custody on that Petition, a with no term of supervised release.

Signed this 26th day of June, 2026.

_____
CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE